DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JO ANN BERLIN, M.D.,**
Appellant,

v.

**HCA HEALTH SERVICES OF FLORIDA, INC.,** d/b/a **ST. LUCIE MEDICAL CENTER,**
Appellee.

No. 4D19-2247

[August 6, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Mirman, Judge; L.T. Case No. 2018CA002142.

Richard H. Levenstein, Abby M. Spears, and Noah Tennyson of Nason, Yeager, Gerson, Harris & Fumero, P.A., Palm Beach Gardens, for appellant.

Walter J. Tache and Magda C. Rodriguez of Tache, Bronis, Christianson and Descalzo, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, ARTAU, JJ. and SCHOSBERG FEUER, SAMANTHA, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***